IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DEERE & COMPANY | ) | |
| JOHN DEERE SHARED SERVICES, INC. | ) | |
| *Plaintiffs,* | ) | 4:20-cv-00389-RGE-CFB |
| v. | ) | |
| KINZE MANUFACTURING, INC. | ) | |
| AG LEADER TECHNOLOGY, INC. | ) | **FIRST AMENDED COMPLAINT** |
| *Defendants.* | ) | JURY TRIAL DEMANDED |

COMES NOW Plaintiffs, Deere & Company and John Deere Shared Services, Inc. (collectively referred to herein as "Deere"), for their First Amended Complaint against Defendants, Kinze Manufacturing, Inc. and Ag Leader Technology, Inc. (collectively referred to herein as "Defendants"), and state as follows:

## NATURE OF ACTION

1.      This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

## PARTIES

2.      Plaintiff Deere & Company is a corporation organized and existing under the laws of the State of Delaware, with its corporate headquarters and principal place of business located at One John Deere Place, Moline, Illinois 61265.

3.      Plaintiff Deere & Company is the owner of right, title, and interest in U.S. Patent No. 8,813,663 ("the '663 patent"), U.S. Patent No. 9,480,199 ("the '199 patent"), U.S. Patent

No. 9,686,906 ("the '906 patent"), U.S. Patent No. 8,850,998 ("the '998 patent"), U.S. Patent No. 10,729,063 ("the '063 patent"), U.S. Patent No. 9,693,498 ("the '498 patent"), U.S. Patent No. 9,861,031 ("the '031 patent"), U.S. Patent No. 9,807,924 ("the '924 patent"), U.S. Patent No. 9,699,955 ("the '955 patent"), and U.S. Patent No. 10,004,173 ("the '173 patent") (collectively, "the Asserted Patents") including the right to sue and recover past, present, and future damages for infringement.

4.      Plaintiff John Deere Shared Services, Inc. is a corporation organized and existing under the laws of the State of Delaware, with its corporate headquarters and principal place of business located at One John Deere Place, Moline, Illinois 61265. John Deere Shared Services, Inc. is a wholly owned subsidiary of Plaintiff Deere & Company.

5.      Plaintiff John Deere Shared Services, Inc. holds an exclusive license to practice the inventions claimed in one or more of the Asserted Patents.

6.      Kinze Manufacturing, Inc. ("Kinze") is a corporation organized and existing under the laws of Iowa, with its corporate headquarters and principal place of business located at 2172 M Avenue, Williamsburg, Iowa 52361.

7.      Ag Leader Technology, Inc. ("Ag Leader") is a corporation organized and existing under the laws of Iowa, with its corporate headquarters and principal place of business located at 2202 S Riverside Drive, Ames, Iowa 50010.

## JURISDICTION AND VENUE

8.      Deere's claims for patent infringement against the Defendants arise under the patent laws of the United States, including 35 U.S.C. §§ 271 and 281-85.

9.      The Court has subject matter jurisdiction over this action under 28 U.S.C §§ 1331 and 1338.

10.     The Court has personal jurisdiction over this action because the Defendants are Iowa corporations having their principal places of business in Iowa.

11.     On information and belief, Defendants have committed acts of infringement in Iowa and in this District.

12.     In addition, Defendants have, directly or through agents, subsidiaries, or intermediaries, committed acts within Iowa giving rise to this action and/or have established minimum contacts with Iowa such that this Court's exercise of jurisdiction would not offend traditional notions of fair play and substantial justice.

13.     On information and belief, Defendants have regularly and systematically transacted business in Iowa, including within this District, directly or through agents, subsidiaries, or intermediaries, and/or committed acts of patent infringement in Iowa, as alleged in this Complaint, that will lead to foreseeable harm and injury to Deere.

14.     On information and belief, Defendants have placed, and continue to place, infringing products into the stream of commerce by offering for sale, making these products in, and/or shipping those products into Iowa, and/or knowing that the products were made in Iowa and/or shipped into Iowa.

15.     On information and belief, Defendants have placed, and continue to place, infringing products into the stream of commerce by making these products in, and/or shipping those products into this District and/or knowing that the products were made in this District and/or shipped into this District.

16.     On information and belief, Defendants have purposefully availed themselves of the privilege of doing business in Iowa and within this District and maintained such continuous

and systematic contacts so as to authorize this Court's exercise of personal jurisdiction over it

them in this matter.

17.     Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400 because,

among other things, Defendants are corporations organized under the laws of Iowa and maintain

their principal places of business in Iowa.

18.     In addition, a substantial part of the events or omissions giving rise to Deere's

claims has occurred in this District.  On information and belief, Defendants have made, used, and

sold, and continue to make, use, and sell infringing products within this District.

19.     Joinder of Kinze and Ag Leader under 35 U.S.C. § 299 is proper because both

parties are involved in making, using, offering to sell and/or selling the same infringing seed

metering and delivery system.  Therefore, common questions of fact will arise from this action.

20.     On information and belief, Kinze and Ag Leader have partnered and collaborated

in the manufacture, use, and marketing of the infringing seed metering device and seed delivery

system within this District, including offering to sell the infringing products within this District

with full knowledge of Deere's patent rights.

**<u>DEERE'S TECHNOLOGY AND PATENTS</u>**

21.     The world's population is growing rapidly, increasing by more than 220,000

people per day.  As a result, the global demand for food and other agricultural products – which

has already increased threefold since the mid-1960s – is expected to nearly double by 2050.  In

the coming years, agricultural production will need to increase rapidly to generate enough food

to satisfy this growing population.

22.     In the United States alone in 2020, nearly 91 million acres of corn were planted, yielding about 14 billion bushels of harvested corn. Likewise, during 2020, over 83 million acres of soybeans were planted, yielding over 4 billion bushels of harvested soybeans.

23.     One of the most significant factors affecting the productivity of each acre planted is seed placement. When seeds are planted too close to one another in a field, the seeds may compete too aggressively for sunlight, water, and other resources. This competition adversely impacts growth for nearby plants, resulting in diminished crop yield for farmers. Conversely, when seeds are planted too far apart from one another, seed density and crop yields decrease, resulting in waste and lost sales for farmers on a per acre basis.

24.     Another significant factor known to affect productivity of farmland is the planting window. Most crops have a limited time window within which seeds must be planted in order to realize optimal crop yields. This window varies by region, crop, and year.

25.     For example, in the American Midwest the optimal planting window to maximize corn yields typically lasts for approximately three weeks between late April and early May. The timeframe for planting is critical. If seeds are planted before the optimal planting window for a given crop in a given region, low soil temperatures may prevent those seeds from germinating or cause uneven emergence. If the seeds are planted too late, crops may not have enough time to fully mature before the end of the season thereby sacrificing yield.

26.     When using equipment to plant crops, such as corn or soybeans, farmers have historically made trade-offs between seed placement accuracy (*i.e.*, optimal spacing and depth control) and planting speed. Notably, under most common planting conditions, the accuracy of a planter's seed spacing declines as speeds increase, resulting in wasted seed, lower crop yields, and lost sales for farmers.

27.     Dedicated to helping farmers improve their bottom line, Deere engineers set to work on designing a planting solution that would increase the speed of planting seeds without compromising planting accuracy.  Many alternative designs were created, modified, tested, and discarded along the way.  Determination and drive, and thousands of hours of work over more than a decade turned what had been previously viewed as impossible into a reality:  Deere's ExactEmerge® high-speed planter.

28.     Deere's revolutionary ExactEmerge® technology was launched at the 2014 National Farm Machinery Show in Louisville, Kentucky.  Deere's new metering and delivery system shattered long-held beliefs about the "inherent" limitations to planting speed.  No longer was a farmer limited to planting at 5 mph.  Deere's new system was capable of planting at speeds in excess of 10 mph while maintaining class-leading singulation and seed placement accuracy and precision.  Since its debut, the ExactEmerge® technology has received industry-wide praise and acclaim.

29.     Deere provides two options for growers to incorporate Deere's ExactEmerge® technology into their farming operations.  Customers may purchase a planter, whether new or used, that includes the ExactEmerge® technology as original equipment. Alternatively, customers may purchase ExactEmerge® retrofit kits to upgrade a planting implement that did not include the ExactEmerge® technology when originally purchased.

## THE ASSERTED PATENTS

30.     On August 26, 2014, the U.S. Patent and Trademark Office ("USPTO") duly and legally issued U.S. Patent No. 8,813,663, entitled "Seeding Machine with Seed Delivery System" ("the '663 patent"). A copy of the '663 patent is attached as Exhibit 1.

31.     Deere engineers and designers invented the technology disclosed and claimed in the '663 patent.  Deere is the owner of all right, title, and interest in the '663 patent and has the right to sue for infringement thereof.

32.     The '663 patent is valid and enforceable.

33.     On May 29, 2019, AGCO Corp. and Precision Planting LLC, two other companies offering high-productivity planting equipment, initiated *Inter Partes* Review (IPR) proceeding IPR2019-01044 in which they challenged the validity of claims 1-8 of the '663 patent.  On November 30, 2020, the USPTO's Patent Trial and Appeal Board ("PTAB") rejected that challenge.  In its Final Written Decision, the PTAB held that no challenged claims were unpatentable.  A copy of the Final Written Decision is attached as Exhibit 2.

34.     On November 1, 2016, the USPTO duly and legally issued U.S. Patent No. 9,480,199, entitled "Seeding Machine with Seed Delivery System" ("the '199 patent").  A copy of the '199 patent is attached as Exhibit 3.

35.     Deere engineers and designers invented the technology disclosed and claimed in the '199 patent. Deere is the owner of all right, title, and interest in the '199 patent and has the right to sue for infringement thereof.

36.     The '199 patent is valid and enforceable.

37.     On May 31, 2019, AGCO Corp. and Precision Planting LLC initiated IPR proceeding IPR2019-01046 in which they challenged the validity of claims 1 and 3 of the '199 patent.  On November 30, 2020, the USPTO's PTAB rejected that challenge.  In its Final Written Decision, the PTAB held that no challenged claims were unpatentable.  A copy of the Final Written Decision is attached as Exhibit 4.

38.     On June 27, 2017, the USPTO duly and legally issued U.S. Patent No. 9,686,906, entitled "Seeding Machine with Seed Delivery System" ("the '906 patent"). A copy of the '906 patent is attached as Exhibit 5.

39.     Deere engineers and designers invented the technology disclosed and claimed in the '906 patent.  Deere is the owner of all right, title, and interest in the '906 patent and has the right to sue for infringement thereof.

40.     The '906 patent is valid and enforceable.

41.     On May 30, 2019, AGCO Corp. and Precision Planting LLC initiated IPR proceeding IPR2019-01048 in which they challenged the validity of claims 1-20 of the '906 patent.  On December 2, 2020, the USPTO's PTAB rejected that challenge.  In its Final Written Decision, the PTAB held that no challenged claims were unpatentable.  A copy of the Final Written Decision is attached as Exhibit 6.

42.     On October 7, 2014, the USPTO duly and legally issued U.S. Patent No. 8,850,998, entitled "Planting Unit for a Seeding Machine Having a Seed Meter and Seed Delivery System" ("the '998 patent"). A copy of the '998 patent is attached as Exhibit 7.

43.     Deere engineers and designers invented the technology disclosed and claimed in the '998 patent.  Deere is the owner of all right, title, and interest in the '998 patent and has the right to sue for infringement thereof.

44.     The '998 patent is valid and enforceable.

45.     On August 4, 2020 the USPTO duly and legally issued U.S. Patent No. U.S. Patent No. 10,729,063, entitled "Seeding Machine with Seed Delivery System" ("the '063 patent"). A copy of the '063 patent is attached as Exhibit 8.

46.     Deere engineers and designers invented the technology disclosed and claimed in the '063 patent.  Deere is the owner of all right, title, and interest in the '063 patent and has the right to sue for infringement thereof.

47.     The '063 patent is valid and enforceable.

48.     On July 4, 2017, the USPTO duly and legally issued U.S. Patent No. 9,693,498, entitled "Seed-Double Eliminator for a Planting Unit" ("the '498 patent"). A copy of the '498 patent is attached as Exhibit 9.

49.     Deere engineers and designers invented the technology disclosed and claimed in the '498 patent.  Deere is the owner of all right, title, and interest in the '498 patent and has the right to sue for infringement thereof.

50.     The '498 patent is valid and enforceable.

51.     On January 9, 2018, the USPTO duly and legally issued U.S. Patent No. 9,861,031, entitled "Seeding Machine with Seed Delivery System" ("the '031 patent"). A copy of the '031 patent is attached as Exhibit 10.

52.     Deere engineers and designers invented the technology disclosed and claimed in the '031 patent.  Deere is the owner of all right, title, and interest in the '031 patent and has the right to sue for infringement thereof.

53.     The '031 patent is valid and enforceable.

54.     On May 29, 2019, AGCO Corp. and Precision Planting LLC initiated IPR proceeding IPR2019-01053 in which they challenged the validity of claims 1-18 of the '031 patent.  On December 4, 2020, the USPTO's PTAB rejected that challenge.  In its Final Written Decision, the PTAB held that no challenged claims were unpatentable.  A copy of the Final Written Decision is attached as Exhibit 11.

55.     On November 7, 2017, the USPTO duly and legally issued U.S. Patent No. 9,807,924, entitled "Seeding Machine with Seed Delivery System" ("the '924 patent"). A copy of the '924 patent is attached as Exhibit 12.

56.     Deere engineers and designers invented the technology disclosed and claimed in the '924 patent.  Deere is the owner of all right, title, and interest in the '924 patent and has the right to sue for infringement thereof.

57.     The '924 patent is valid and enforceable.

58.     On May 29, 2019, AGCO Corp. and Precision Planting LLC initiated IPR proceeding IPR2019-01051 in which they challenged the validity of claims 1-20 of the '924 patent.  On December 15, 2020, the USPTO's PTAB rejected that challenge. In its Final Written Decision, the PTAB held that no challenged claims were unpatentable. A copy of the Final Written Decision is attached as Exhibit 13.

59.     On July 11, 2017, the USPTO duly and legally issued U.S. Patent No. 9,699,955, entitled "Seeding Machine with Seed Delivery System" ("the '955 patent"). A copy of the '955 patent is attached as Exhibit 14.

60.     Deere engineers and designers invented the technology disclosed and claimed in the '955 patent.  Deere is the owner of all right, title, and interest in the '955 patent and has the right to sue for infringement thereof.

61.     The '955 patent is valid and enforceable.

62.     On May 31, 2019, AGCO Corp. and Precision Planting LLC initiated IPR proceeding IPR2019-01055 in which they challenged the validity of claims 1-8, 10, 12-17, 19 and 20 of the '955 patent.  On December 15, 2020, the USPTO's PTAB rejected that challenge.

In its Final Written Decision, the PTAB held that no challenged claims were unpatentable. A copy of the Final Written Decision is attached as Exhibit 15.

63.     On June 26, 2018, the USPTO duly and legally issued U.S. Patent No. 10,004,173, entitled "Seeding Machine with Seed Delivery System" ("the '173 patent"). A copy of the '173 patent is attached as Exhibit 16.

64.     Deere engineers and designers invented the technology disclosed and claimed in the '173 patent.  Deere is the owner of all right, title, and interest in the '173 patent and has the right to sue for infringement thereof.

65.     The '173 patent is valid and enforceable.

66.     On June 3, 2019, AGCO Corp. and Precision Planting LLC initiated IPR proceeding IPR2019-01054 in which they challenged the validity of claims 1-4, 6-9, and 11-20 of the '173 patent.  On January 11, 2021, the USPTO's PTAB rejected that challenge. In its Final Written Decision, the PTAB held that no challenged claims were unpatentable. A copy of the Final Written Decision is attached as Exhibit 17.

**DEFENDANTS' INFRINGING CONDUCT**

67.     Kinze infringes the Asserted Patents when it manufactures, has manufactured, sells, offers to sell, and/or uses in the United States at least its True Speed high-speed planting system, which on information and belief is incorporated into at least Kinze's 4905 model planter ("True Speed device" or "Kinze's accused device").

68.     On information and belief, Kinze has been offering for sale the True Speed device at least through promotional videos and advertisements available on its website.

69.     On information and belief, Kinze has been taking orders with the intention of beginning to deliver Kinze's accused device to customers in early 2021.

70.     Kinze has announced that it will expand its True Speed device to five more planter configurations for the 2022 planting season.

71.     Ag Leader infringes the Asserted Patents when it manufactures, has manufactured, sells, offers to sell, and/or uses in the United States at least its SureSpeed high-speed planting system ("SureSpeed device" or "Ag Leader's accused device"), which is sold as an after-market retrofit kit, capable of being incorporated into existing planters.

72.     On information and belief, Ag Leader has been offering for sale the SureSpeed device at least through promotional videos and advertisements available on its website.

73.     On information and belief, Ag Leader has been taking orders with the intention of beginning to deliver Ag Leader's accused device in late 2020.

74.     On information and belief, Kinze's accused device and Ag Leader's accused device include the same infringing planting system.

75.     Defendants' infringement occurred with knowledge of the Asserted Patents and thus has been and will continue to be willful and deliberate.

76.     Defendants' conduct constitutes willful and deliberate infringement, which entitles Deere to enhanced damages under 35 U.S.C. § 285.

77.     Deere is and will be irreparably harmed by Defendants' infringing conduct.

78.     On information and belief, Kinze's infringing acts will continue unless restrained by this Court.

79.     On information and belief, Ag Leader's infringing acts will continue unless restrained by this Court.

## COUNT I – INFRINGEMENT OF THE '663 PATENT

80.     Plaintiffs repeat and reallege as if fully set forth herein the facts and allegations of all of the preceding paragraphs.

81.     The '663 patent, entitled "Seeding Machine with Seed Delivery System" and naming Elijah B. Garner, Daniel B. Thiemke, David J. Rylander, Nathan A. Mariman, and Michael E. Friestad as its inventors, was duly and legally issued on August 26, 2014.  Since that date, Deere has been and is still the owner and possessor of all right, title, and interest in and pertaining to the '663 patent.

82.     The '663 patent is valid, enforceable, and currently in full force and effect.

83.     Exemplary independent claim 1 of the '663 patent recites the following:

1.   A seeding machine, comprising:

a seed meter having a metering disk with a plurality of apertures in a circular array adapted to adhere seeds to the metering disk to move the seeds along a seed path as the metering disk rotates;

a seed delivery system associated with said seed meter, said seed delivery system including:

a housing for seed from said metering disk, the housing having a lower opening through which seed is discharged;

a single endless member within said housing disposed around a first drive pulley and a second idler pulley, said endless member engaging seed from the seed meter and moving the seed to said lower opening where seed is discharged from said housing; and

a loading wheel engaging seeds adhered to the metering disk and moving along the seed path and guiding the seed into the single endless member whereby the single endless member moves the seed to the lower opening.

84.     On information and belief, products including at least the True Speed device and the SureSpeed device (collectively referred to herein as the "Accused Infringing Products") infringe at least claim 1 of the '663 patent.

85.     The figures referred to herein are screenshots taken from websites or videos published by Defendants showing the Accused Infringing Products and demonstrating their functions.

86.     The Accused Infringing Products include a seed meter having a metering disk with a plurality of apertures in a circular array adapted to adhere seeds to the metering disk to move the seeds along a seed path as the metering disk rotates and a seed delivery system associated with said seed meter.

87.     The Accused Infringing Products include a seed meter having a metering disk with a plurality of apertures in a circular array adapted to adhere seeds to the metering disk to move the seeds along a seed path as the metering disk rotates.

88.     The True Speed device includes a seed meter having a metering disk, as shown in Figure 1.



**FIGURE 1: Kinze Promotional Video**
**"True Speed – 3D with Ultra Slow Motion" at 0:15/2:03**

89.     The True Speed device includes a seed meter having a metering disk that includes

a plurality of apertures in a circular array, as shown in Figure 2.



**FIGURE 2: Kinze Promotional Brochure**
**"High Speed Planting Solution True Speed"**

90.     The True Speed device includes a seed meter having a metering disk adapted to

adhere seeds to the metering disk to move seeds along a seed path as the metering disk rotates, as

shown in Figure 3.



**FIGURE 3: Kinze Promotional Video**
**"True Speed – 3D with Ultra Slow Motion" at 0:21/2:03**

91.     The SureSpeed device includes a seed meter having a metering disk, as shown in

Figure 4.



**FIGURE 4: Ag Leader Promotional Video**
**"Ag Leader SureSpeed" at 0:15/1:33**

92.     The SureSpeed device includes a seed meter having a metering disk that includes

a plurality of apertures in a circular array, as shown in Figure 5.

16



**FIGURE 5: Ag Leader Promotional Video**
**"Ag Leader SureSpeed Unveiling" at 0:57/3:57**

93.     The SureSpeed device includes a seed meter having a metering disk adapted to adhere seeds to the metering disk to move seeds along a seed path as the metering disk rotates, as shown in Figure 6.



**FIGURE 6: Ag Leader Promotional Video**
**"Ag Leader SureSpeed" at 0:21/1:33**

94.     The Accused Infringing Products include a seed delivery system associated with said seed meter.

95.     The True Speed device includes a seed delivery system associated with said seed meter, as shown in Figure 7.



**FIGURE 7: Kinze Webpage
"True Speed Meter"**

96.     The SureSpeed device includes a seed delivery system associated with said seed meter, as shown in Figure 8.



**FIGURE 8: Ag Leader Webpage**
**"SureSpeed"**

97.     The Accused Infringing Products include a seed delivery system including a housing for seed from said metering disk, the housing having a lower opening through which seed is discharged.

98.     The seed delivery system of the True Speed device includes a housing for seed from the metering disk, as shown in Figure 9.



**FIGURE 9: Kinze Webpage**
**"True Speed Meter"**

99.     The seed delivery system of the True Speed device includes a housing having a lower opening through which seed is discharged, as shown in Figure 10.



**FIGURE 10: Kinze Webpage**
**"True Speed Meter"**

100.    The seed delivery system of the SureSpeed device includes a housing for seed from the metering disk, as shown in Figure 11.



**FIGURE 11: Ag Leader Promotional Video**
**"Ag Leader SureSpeed Unveiling" at 2:22/3:57**

101.    The seed delivery system of the SureSpeed device includes a housing having a
lower opening through which seed is discharged, as shown in Figure 12.



**FIGURE 12: Ag Leader Promotional Video**
**"Ag Leader SureSpeed" at 1:30/1:33**

102.    The Accused Infringing Products include a seed delivery system with a single
endless member within said housing disposed around a first drive pulley and a second idler

pulley, said endless member engaging seed from the seed meter and moving the seed to said lower opening where seed is discharged from said housing.

103. The True Speed device has a seed delivery system which includes a single endless member within the housing that is disposed around a drive pulley and an idler pulley, as shown in Figure 13.



**FIGURE 13: Kinze Promotional Video**
**"An In-Depth Look into Kinze's True Speed" at 9:05/14:18**

104. The True Speed device has a seed delivery system which includes an endless member, wherein the endless member engages seed from the seed meter, as shown in Figure 14.



**FIGURE 14: Kinze Promotional Video**
**"An In-Depth Look into Kinze's True Speed" at 10:16/14:18**

105.    The True Speed device has a seed delivery system which includes an endless member, wherein the endless member moves the seed to the lower opening where it is discharged from the housing, as shown in Figure 15.



**FIGURE 15: Kinze Promotional Video**
**"An In-Depth Look into Kinze's True Speed" at 10:33/14:18**

106.    The SureSpeed device has a seed delivery system which includes a single endless member within the housing that is disposed around a drive pulley and an idler pulley, as shown in Figure 16.



**FIGURE 16: Ag Leader Promotional Video**
**"Ag Leader SureSpeed Unveiling" at 2:22/3:57**

107.    The SureSpeed device has a seed delivery system which includes an endless member, wherein the endless member engages seed from the seed meter, as shown in Figure 17.



**FIGURE 17: Ag Leader Promotional Video**
**"Ag Leader SureSpeed" at 1:12/1:33**

108.    The SureSpeed device has a seed delivery system which includes an endless

member, wherein the endless member moves the seed to the lower opening where it is

discharged from the housing, as shown in Figure 18.



**FIGURE 18: Kinze Promotional Video**
**"An In-Depth Look into Kinze's True Speed" at 10:33/14:18**

109.    The Accused Infringing Products have a seed delivery system which includes a loading wheel engaging seeds adhered to the metering disk and moving along the seed path and guiding the seed into the single endless member whereby the single endless member moves the seed to the lower opening.

110.    The True Speed device has a seed delivery system, shown in Figure 19, which includes a loading wheel engaging seeds adhered to the metering disk and moving along the seed path and guiding the seed into the single endless member whereby the single endless member moves the seed to the lower opening.



**FIGURE 19: Kinze Promotional Video**
**"True Speed – 3D with Ultra Slow Motion" at 1:14/2:03**

111.    The SureSpeed device has a seed delivery system, shown in Figure 20, which includes a loading wheel engaging seeds adhered to the metering disk and moving along the seed path and guiding the seed into the single endless member whereby the single endless member moves the seed to the lower opening.



**FIGURE 20: Ag Leader Promotional Video
"Ag Leader SureSpeed" at 1:03/1:33**

112.    Kinze infringes and has infringed literally or under the doctrine of equivalents at least claim 1 of the '663 patent by making, using, selling, and/or offering for sale the True Speed device in or into the United States, without authority. Thus, Kinze is liable for its infringement of the '663 patent in violation of 35 U.S.C. § 271(a).

113.    Ag Leader infringes and has infringed literally or under the doctrine of equivalents at least claim 1 of the '663 patent by making, using, selling, and/or offering for sale the SureSpeed device in or into the United States, without authority. Thus, Ag Leader is liable for its infringement of the '663 patent in violation of 35 U.S.C. § 271(a).

114.    Defendants' actions have caused harm to Deere, which will not be fully compensable by monetary damages.

115.    Defendants' infringement has occurred with knowledge of the '663 patent and has been willful and deliberate.

116.    Defendants' past infringement has caused damage to Deere and their future sales will result in additional such damage.

## COUNT II – INFRINGEMENT OF THE '199 PATENT

117.    Plaintiffs repeat and reallege as if fully set forth herein the facts and allegations of all of the preceding paragraphs.

118.    The '199 patent, entitled "Seeding Machine with Seed Delivery System," and naming Elijah B. Garner, Daniel B. Thiemke, David J. Rylander, Nathan A. Mariman, and Michael E. Friestad as its inventors, was duly and legally issued on November 1, 2016. Since that date, Deere has been and is still the owner and possessor of all right, title and interest in and pertaining to the '199 patent.

119.    The '199 patent is valid, enforceable, and currently in full force and effect.

120.    Exemplary independent claim 1 of the '199 recites the following:

1.  A seeding machine comprising:

a seed meter which includes a metering member with a plurality of apertures in a circular array, the seed meter configured to move individual seeds sequentially along a first path to a release position;

a delivery system which moves the individual seeds in a second path from the release position to a discharge position adjacent a seed furrow formed in soil beneath the seeding machine; and

a blocking loading surface which blocks movement of the individual seeds along the first path and permits redirection and movement of the individual seeds along the second path as the individual seeds are moved to the discharge position.

121.    On information and belief, the Accused Infringing Products infringe at least claim 1 of the '199 patent.

122.    The Accused Infringing Products have a seed meter which includes a metering member with a plurality of apertures in a circular array, the seed meter configured to move individual seeds sequentially along a first path to a release position.

123.    The True Speed device has a seed meter which includes a metering member, as shown in Figure 21.



**FIGURE 21: Kinze Promotional Video**
**"True Speed – 3D with Ultra Slow Motion" at 0:15/2:03**

124.    The True Speed device has a seed meter which includes a metering member with

a plurality of apertures in a circular array, as shown in Figure 22.



**FIGURE 22: Kinze Promotional Brochure**
**"High Speed Planting Solution True Speed"**

125.    The True Speed device has a seed meter configured to move individual seeds

sequentially along a first path to a release position, as shown in Figure 23.



**FIGURE 23: Kinze Promotional Video**
**"True Speed – 3D with Ultra Slow Motion" at 0:21/2:03**

126.    The SureSpeed device includes a seed meter which includes a metering member,

as shown in Figure 24.



**FIGURE 24: Ag Leader Promotional Video**
**"Ag Leader SureSpeed" at 0:21/1:33**

127.    The SureSpeed device has a seed meter which includes a metering member with a plurality of apertures in a circular array as shown in Figure 25.



**FIGURE 25: Ag Leader Promotional Video**
**"Ag Leader SureSpeed Unveiling" at 0:57/3:57**

128.    The SureSpeed device includes a seed meter configured to move individual seeds sequentially along a first path to a release position, as shown in Figure 26.



**FIGURE 26: Ag Leader Promotional Video**
**"Ag Leader SureSpeed" at 0:21/1:33**

129.    The Accused Infringing Products include a delivery system which moves the individual seeds in a second path from the release position to a discharge position adjacent a seed furrow formed in soil beneath the seeding machine.

130.    The True Speed device includes a delivery system which moves the individual seeds in a second path from the release position to a discharge position adjacent a seed furrow formed in soil beneath the seeding machine. The relevant portions of the True Speed device are shown in Figure 27.



**FIGURE 27: Kinze Promotional Video**
**"An In-Depth Look into Kinze's True Speed" at 9:05/14:18**

131.    The SureSpeed device includes a delivery system which moves the individual

seeds in a second path from the release position to a discharge position adjacent a seed furrow

formed in soil beneath the seeding machine. The relevant portions of the SureSpeed device are

shown in Figure 28.



**FIGURE 28: Ag Leader Promotional Video**
**"Ag Leader SureSpeed Unveiling" at 2:22/3:57**

132.    The Accused Infringing Products include a blocking loading surface which blocks movement of the individual seeds along the first path and permits redirection and movement of the individual seeds along the second path as the individual seeds are moved to the discharge position.

133.    The True Speed device includes a blocking loading surface, shown in Figure 29, which blocks movement of the individual seeds along the first path and permits redirection and movement of the individual seeds along the second path as the individual seeds are moved to the discharge position.



**FIGURE 29: Kinze Promotional Video**
**"True Speed – 3D with Ultra Slow Motion" at 1:14/2:03**

134.    The SureSpeed device includes a blocking loading surface, shown in Figure 30, which blocks movement of the individual seeds along the first path and permits redirection and movement of the individual seeds along the second path as the individual seeds are moved to the discharge position.



**FIGURE 30: Ag Leader Promotional Video**
**"Ag Leader SureSpeed" at 1:03/1:33**

135.    Kinze infringes and has infringed literally or under the doctrine of equivalents at least claim 1 of the '199 patent by making, using, selling, and/or offering for sale the True Speed device in or into the United States, without authority. Thus, Kinze is liable for its infringement of the '199 patent in violation of 35 U.S.C. § 271(a).

136.    Ag Leader infringes and has infringed literally or under the doctrine of equivalents at least claim 1 of the '199 patent by making, using, selling, and/or offering for sale the SureSpeed device in or into the United States, without authority. Thus, Ag Leader is liable for its infringement of the '199 patent in violation of 35 U.S.C. § 271(a).

137.    Defendants' actions have caused harm to Deere, which will not be fully compensable by monetary damages.

138.    Defendants' infringement has occurred with knowledge of the '199 patent and has been willful and deliberate.

139.    Defendants' past infringement has caused damage to Deere and their future sales will result in additional such damage.

## <u>COUNT III – INFRINGEMENT OF THE '906 PATENT</u>

140.    Plaintiffs repeat and reallege as if fully set forth herein the facts and allegations of all of the preceding paragraphs.

141.    The '906 patent, entitled "Seeding Machine with Seed Delivery System," and naming Elijah B. Garner, Daniel B. Thiemke, David J. Rylander, Nathan A. Mariman, and Michael E. Friestad as its inventors, was duly and legally issued on June 27, 2017. Since that date, Deere has been and is still the owner and possessor of all right, title, and interest in and pertaining to the '906 patent.

142.    The '906 patent is valid, enforceable, and currently in full force and effect.

143.     Exemplary independent claim 1 of the '906 patent recites the following:

1.   A seed delivery apparatus comprising:

an elongated housing having a first opening through which seed is received into the
     seed delivery apparatus, a second opening through which seed exits the seed
     delivery apparatus, and an elongated interior chamber along which seed is
     conveyed from the first opening to the second opening; and

an endless member positioned within the elongated housing, the endless member
     positioned to receive seed through the first opening of the elongated housing,
     the endless member movable within the elongated interior chamber of the
     elongated housing to

convey seed away from the first opening at a first velocity,

accelerate seed toward the second opening, and

discharge seed through the second opening at second velocity greater than the
     first velocity.

144.     On information and belief, the Accused Infringing Products infringe at least claim
1 of the '906 patent.

145.     The Accused Infringing Products include a seed delivery apparatus that has an
elongated housing having a first opening through which seed is received into the seed delivery
apparatus, a second opening through which seed exits the seed delivery apparatus, and an
elongated interior chamber along which seed is conveyed from the first opening to the second
opening; and an endless member positioned within the elongated housing.

146.     The True Speed device includes a seed delivery apparatus that includes an
elongated housing having a first opening through which seed is received into the seed delivery
apparatus, a second opening through which seed exits the seed delivery apparatus, and an
elongated interior chamber along which seed is conveyed from the first opening to the second
opening; and an endless member positioned within the elongated housing, as shown in Figure 31.



**FIGURE 31: Kinze Promotional Video**
**"An In-Depth Look into Kinze's True Speed" at 9:05/14:18**

147.    The SureSpeed device includes a seed delivery apparatus that includes an elongated housing having a first opening through which seed is received into the seed delivery apparatus, a second opening through which seed exits the seed delivery apparatus, and an elongated interior chamber along which seed is conveyed from the first opening to the second opening; and an endless member positioned within the elongated housing, as shown in Figure 32.



**FIGURE 32: Ag Leader Promotional Video**
**"Ag Leader SureSpeed Unveiling" at 2:22/3:57**

148.    The Accused Infringing Products have a seed delivery apparatus which includes an endless member positioned to receive seed through the first opening of the elongated housing, the endless member movable within the elongated interior chamber of the elongated housing to convey seed away from the first opening at a first velocity, accelerate seed toward the second opening, and discharge seed through the second opening at second velocity greater than the first velocity.

149.    The True Speed device has a seed delivery apparatus that includes an endless member positioned to receive seed through the first opening of the elongated housing, the endless member movable within the elongated interior chamber of the elongated housing to convey seed away from the first opening at a first velocity, accelerate seed toward the second opening, and discharge seed through the second opening at second velocity greater than the first velocity, as shown in Figures 33 and 34.



**FIGURE 33: Kinze Promotional Video**
**"True Speed – 3D with Ultra Slow Motion" at 1:33/2:03**



**FIGURE 34: Kinze Promotional Video**
**"True Speed – 3D with Ultra Slow Motion" at 1:48/2:03**

150.    The SureSpeed device has a seed delivery apparatus that includes an endless

member positioned to receive seed through the first opening of the elongated housing, the

endless member movable within the elongated interior chamber of the elongated housing to

convey seed away from the first opening at a first velocity, accelerate seed toward the second opening, and discharge seed through the second opening at second velocity greater than the first velocity, as shown in Figures 35 and 36.



**FIGURE 35: Ag Leader Promotional Video**
**"Ag Leader SureSpeed" at 1:12/1:33**



**FIGURE 36: Ag Leader Promotional Video**
**"Ag Leader SureSpeed" at 1:27/1:33**

151.    Kinze infringes and has infringed literally or under the doctrine of equivalents at least claim 1 of the '906 patent by making, using, selling, and/or offering for sale the True Speed device in or into the United States, without authority. Thus, Kinze is liable for its infringement of the '906 patent in violation of 35 U.S.C. § 271(a).

152.    Ag Leader infringes and has infringed literally or under the doctrine of equivalents at least claim 1 of the '906 patent by making, using, selling, and/or offering for sale the SureSpeed device in or into the United States, without authority. Thus, Ag Leader is liable for its infringement of the '906 patent in violation of 35 U.S.C. § 271(a).

153.    Defendants' actions have caused harm to Deere, which will not be fully compensable by monetary damages.

154.    Defendants' infringement has occurred with knowledge of the '906 patent and has been willful and deliberate.

155.    Defendants' past infringement has caused damage to Deere and their future sales will result in additional such damage.

## COUNT IV – INFRINGEMENT OF THE '998 PATENT

156.    Plaintiffs repeat and reallege as if fully set forth herein the facts and allegations of all of the preceding paragraphs.

157.    The '998 patent, entitled "Planting Unit for a Seeding Machine Having a Seed Meter and Seed Delivery System" and naming Elijah Garner, Michael E. Friestad, Nathan A. Mariman, and Lee E. Zumdome as its inventors, was duly and legally issued on October 7, 2014. Since that date, Deere has been and is still the owner and possessor of all right, title, and interest in and pertaining to the '998 patent.

158.    The '998 patent is valid, enforceable, and currently in full force and effect.

159.    Exemplary independent claim 2 of the '998 patent recites the following:

2.  A planting unit for a seeding machine movable in a travel direction, comprising:

a seed meter having a metering member mounted for rotation about an axis, the metering member having a sidewall extending to an outer edge, the sidewall having inner and outer surfaces, a rim portion of the sidewall adjacent the outer edge having apertures extending through the sidewall, the metering member adapted to adhere seed to the apertures to sequentially move seed to a release position; and

a mechanical seed delivery system operable to take seed from the metering member at the release position and sweep seed in a direction substantially cross-wise to a direction of travel of the seed on the metering member as the metering member rotates and move seed to a discharge location adjacent a seed furrow formed in soil beneath the seeding machine.

160.    On information and belief, the Accused Infringing Products infringe at least claim 2 of the '998 patent.

161.    The Accused Infringing Products include a seed meter having a metering member mounted for rotation about an axis, the metering member having a sidewall extending to an outer edge, the sidewall having inner and outer surfaces.

162.    The True Speed device includes a seed meter having a metering member mounted for rotation about an axis, the metering member having a sidewall extending to an outer edge, the sidewall having inner and outer surfaces, as shown in Figure 37.



**FIGURE 37: Kinze Promotional Brochure**
**"High Speed Planting Solution True Speed"**

163.    The SureSpeed device includes a seed meter having a metering member mounted for rotation about an axis, the metering member having a sidewall extending to an outer edge, the sidewall having inner and outer surfaces, as shown in Figure 38.



**FIGURE 38: Ag Leader Promotional Video
"Ag Leader SureSpeed" at 0:20/1:33**

164.    The Accused Infringing Products include a rim portion of the sidewall adjacent the outer edge having apertures extending through the sidewall.

165.    The True Speed device includes a rim portion of the sidewall adjacent the outer edge having apertures extending through the sidewall, as shown in Figure 39.



**FIGURE 39: Kinze Promotional Brochure
"High Speed Planting Solution True Speed"**

166.   The SureSpeed device includes a rim portion of the sidewall adjacent the outer edge having apertures extending through the sidewall, as shown in Figure 40.



**FIGURE 40: Ag Leader Promotional Video**
**"Ag Leader SureSpeed Unveiling" at 0:52/3:57**

167.   The Accused Infringing Products include a metering member adapted to adhere seed to the apertures to sequentially move seed to a release position.

168.   The True Speed device includes a metering member, the metering member adapted to adhere seed to the apertures to sequentially move seed to a release position, as shown in Figure 41.



**FIGURE 41: Kinze Promotional Brochure**
**"High Speed Planting Solution True Speed"**

169.    The SureSpeed device includes a metering member, the metering member adapted to adhere seed to the apertures to sequentially move seed to a release position, as shown in Figure 42.



**FIGURE 42: Ag Leader Promotional Video**
**"Ag Leader SureSpeed" at 0:20/1:33**

170.    The Accused Infringing Products include a mechanical seed delivery system operable to take seed from the metering member at the release position and sweep seed in a direction substantially cross-wise to a direction of travel of the seed on the metering member as the metering member rotates and move seed to a discharge location adjacent a seed furrow formed in soil beneath the seeding machine.

171.    The True Speed device includes a mechanical seed delivery system operable to take seed from the metering member at the release position and sweep seed in a direction substantially cross-wise to a direction of travel of the seed on the metering member as the metering member rotates and move seed to a discharge location adjacent a seed furrow formed in soil beneath the seeding machine. The relevant portions of the True Speed device are shown in Figures 43 and 44.



**FIGURE 43: Kinze Promotional Video**
**"An In-Depth Look into Kinze's True Speed" at 9:03/14:18**



**FIGURE 44: Kinze Promotional Brochure**
**"High Speed Planting Solution True Speed"**

172.     The SureSpeed device includes a mechanical seed delivery system operable to take seed from the metering member at the release position and sweep seed in a direction substantially cross-wise to a direction of travel of the seed on the metering member as the metering member rotates and move seed to a discharge location adjacent a seed furrow formed in soil beneath the seeding machine. The relevant portions of the SureSpeed device are shown in Figures 45 and 46.



**FIGURE 45: Ag Leader Promotional Video**
**"Ag Leader SureSpeed Unveiling" at 2:24/3:57**



**FIGURE 46: Ag Leader Promotional Video**
**"Ag Leader SureSpeed" at 1:02/1:33**

173.     Kinze infringes and has infringed literally or under the doctrine of equivalents at least claim 2 of the '998 patent by making, using, selling, and/or offering for sale the True Speed device in or into the United States, without authority. Thus, Kinze is liable for its infringement of the '998 patent in violation of 35 U.S.C. § 271(a).

174.     Ag Leader infringes and has infringed literally or under the doctrine of equivalents at least claim 2 of the '998 patent by making, using, selling, and/or offering for sale the SureSpeed device in or into the United States, without authority. Thus, Ag Leader is liable for its infringement of the '998 patent in violation of 35 U.S.C. § 271(a).

175.     Defendants' actions have caused harm to Deere, which may not be fully compensable by monetary damages.

176.     Defendants' infringement has occurred with knowledge of the '998 patent and has been willful and deliberate.

177.     Defendants' past infringement has caused damage to Deere and their future sales will result in additional such damage.

## COUNT V – INFRINGEMENT OF THE '063 PATENT

178.     Plaintiffs repeat and reallege as if fully set forth herein the facts and allegations of all of the preceding paragraphs.

179.     The '063 patent, entitled "Seeding Machine with Seed Delivery System" and naming Elijah B. Garner, Daniel B. Thiemke, David J. Rylander, Nathan A. Mariman, and Michael E. Friestad as its inventors, was duly and legally issued on August 4, 2020. Since that date, Deere has been and is still the owner and possessor of all right, title, and interest in and pertaining to the '063 patent.

180.     The '063 patent is valid, enforceable, and currently in full force and effect.

181.    Exemplary independent claim 1 of the '063 patent recites the following:

1.   A seed delivery system for a seeding machine having a seed meter, the seed delivery system comprising:

a housing defining an upper seed loading area and a lower seed discharge area;

a drive pulley mounted to rotate with respect to the housing;

a belt having a base supported for rotation by the drive pulley within the housing; and

a loading wheel mounted to rotate with respect to the housing to transfer seeds from the seed meter into the belt at the upper seed loading area, wherein the seeds are removed from the seed meter during contact of the seeds by the loading wheel;

wherein the belt conveys the seeds through the housing as the belt travels from the upper seed loading area to the lower seed discharge area.

182.    On information and belief, the Accused Infringing Products infringe at least claim 1 of the '063 patent.

183.    The Accused Infringing Products include a seed delivery system which has a housing defining an upper seed loading area and a lower seed discharge area.

184.    The True Speed device includes a seed delivery system which has a housing defining an upper seed loading area and a lower seed discharge area, as shown in Figure 47.



**FIGURE 47: Kinze Promotional Video**
**"An In-Depth Look into Kinze's True Speed" at 9:05/14:18**

185.    The SureSpeed device includes a seed delivery system which has a housing

defining an upper seed loading area and a lower seed discharge area, as shown in Figure 48.



**FIGURE 48: Ag Leader Promotional Video**
**"Ag Leader SureSpeed" at 1:02/1:33 and 1:30/1:33**

186.     The Accused Infringing Products include a seed delivery system which has a drive pulley mounted to rotate with respect to the housing; and a belt having a base supported for rotation by the drive pulley within the housing.

187.     The True Speed device includes a seed delivery system which has a drive pulley mounted to rotate with respect to the housing; and a belt having a base supported for rotation by the drive pulley within the housing, as shown in Figure 49.



**FIGURE 49: Kinze Promotional Video**
**"True Speed – 3D with Ultra Slow Motion" at 1:14/2:03**

188.     The SureSpeed device includes a seed delivery system which has a drive pulley mounted to rotate with respect to the housing; and a belt having a base supported for rotation by the drive pulley within the housing, as shown in Figure 50.



**FIGURE 50: Ag Leader Promotional Video**
**"Ag Leader SureSpeed" at 1:12/1:33**

189.    The Accused Infringing Products include a seed delivery system which has a loading wheel mounted to rotate with respect to the housing to transfer seeds from the seed meter into the belt at the upper seed loading area, wherein the seeds are removed from the seed meter during contact of the seeds by the loading wheel.

190.    The True Speed device includes a seed delivery system which has a loading wheel mounted to rotate with respect to the housing to transfer seeds from the seed meter into the belt at the upper seed loading area, wherein the seeds are removed from the seed meter during contact of the seeds by the loading wheel, as shown in Figure 51.



**FIGURE 51: Kinze Promotional Video**
**"True Speed – 3D with Ultra Slow Motion" at 1:14/2:03**

191.    The SureSpeed device includes a seed delivery system which has a loading wheel mounted to rotate with respect to the housing to transfer seeds from the seed meter into the belt at the upper seed loading area, wherein the seeds are removed from the seed meter during contact of the seeds by the loading wheel, as shown in Figure 52.



**FIGURE 52: Ag Leader Promotional Video**
**"Ag Leader SureSpeed" at 1:03/1:33**

192.     The Accused Infringing Products have a seed delivery system which includes a belt that conveys the seeds through the housing as the belt travels from the upper seed loading area to the lower seed discharge area.

193.     The seed delivery system of the True Speed device includes a belt that conveys the seeds through the housing as the belt travels from the upper seed loading area to the lower seed discharge area, as shown in Figure 53.



**FIGURE 53: Kinze Promotional Video**
**"An In-Depth Look into Kinze's True Speed" at 9:05/14:18**

194.    The seed delivery system of the SureSpeed device includes a belt that conveys the seeds through the housing as the belt travels from the upper seed loading area to the lower seed discharge area, as shown in Figure 54.



**FIGURE 54: Ag Leader Promotional Video**
**"Ag Leader SureSpeed" at 1:02/1:33 and 1:30/1:33**

195.   Kinze infringes and has infringed literally or under the doctrine of equivalents at least claim 1 of the '063 patent by making, using, selling, and/or offering for sale the True Speed device in or into the United States, without authority. Thus, Kinze is liable for its infringement of the '063 patent in violation of 35 U.S.C. § 271(a).

196.   Ag Leader infringes and has infringed literally or under the doctrine of equivalents at least claim 1 of the '063 patent by making, using, selling, and/or offering for sale the SureSpeed device in or into the United States, without authority. Thus, Ag Leader is liable for its infringement of the '063 patent in violation of 35 U.S.C. § 271(a).

197.   Defendants' actions have caused harm to Deere, which will not be fully compensable by monetary damages.

198.   Defendants' infringement has occurred with knowledge of the '063 patent and has been willful and deliberate.

199.   Defendants' past infringement has caused damage to Deere and their future sales will result in additional such damage.

### COUNT VI – INFRINGEMENT OF THE '498 PATENT

200.   Plaintiffs repeat and reallege as if fully set forth herein the facts and allegations of all of the preceding paragraphs.

201.   The '498 patent, entitled "Seed-double Eliminator for a Planting Unit" and naming Lee E. Zumdome, Elijah B. Garner, Michael E. Friestad, and Nathan A. Mariman as its inventors, was duly and legally issued on July 4, 2017. Since that date, Deere has been and is still the owner and possessor of all right, title, and interest in and pertaining to the '498 patent.

202.   The '498 patent is valid, enforceable, and currently in full force and effect.

203.   Exemplary independent claim 1 of the '498 patent recites the following:

1.   A seed-double eliminator for a seeding machine, the seeding machine moving seed along a circular seed path that is adjacent, at least in part, to a seed-carrying surface of a metering member of the seeding machine, the seed-double eliminator comprising:

an aperture included in the seed-carrying surface;

a paddle included on the metering member, the paddle extending away from the seed-carrying surface toward the seed path; and

at least one seed-double projection included on the metering member, the at least one seed-double projection extending away from the seed-carrying surface toward the seed path and being configured differently than the paddle;

wherein the aperture is located, at least in part, between the paddle and the at least one seed-double projection along the seed path;

wherein the at least one seed-double projection prevents, at least in part, retention on the metering member of at least one seed of a seed double pair.

204.   On information and belief, the Accused Infringing Products infringe at least claim 1 of the '498 patent.

205.   The Accused Infringing Products include a seed-double eliminator which has an aperture included in the seed-carrying surface.

206.   The True Speed device includes a seed-double eliminator which has an aperture included in the seed-carrying surface, as shown in Figure 55.



**FIGURE 55: Kinze Promotional Brochure
"High Speed Planting Solution True Speed"**

207.    The SureSpeed device includes a seed-double eliminator which has an aperture

included in the seed-carrying surface, as shown in Figure 56.



**FIGURE 56: Ag Leader Promotional Video
"Ag Leader SureSpeed Unveiling" at 1:04/3:57**

208.    The Accused Infringing Products have a seed-double eliminator which has a paddle included on the metering member, the paddle extending away from the seed-carrying surface toward the seed path.

209.    The True Speed device has a seed-double eliminator which has a paddle included on the metering member, the paddle extending away from the seed-carrying surface toward the seed path, as shown in Figure 57.



**FIGURE 57: Kinze Promotional Brochure**
**"High Speed Planting Solution True Speed"**

210.    The SureSpeed device has a seed-double eliminator which has a paddle included on the metering member, the paddle extending away from the seed-carrying surface toward the seed path, as shown in Figure 58.



**FIGURE 58: Ag Leader Promotional Video**
**"Ag Leader SureSpeed Unveiling" at 1:04/3:57**

211. The Accused Infringing Products have a seed-double eliminator which has at least one seed-double projection included on the metering member, the at least one seed-double projection extending away from the seed-carrying surface toward the seed path and being configured differently than the paddle.

212. The True Speed device has a seed-double eliminator which has at least one seed-double projection included on the metering member, the at least one seed-double projection extending away from the seed-carrying surface toward the seed path and being configured differently than the paddle, as shown in Figure 59.



**FIGURE 59: Kinze Promotional Brochure**
**"High Speed Planting Solution True Speed"**

213.    The SureSpeed device has a seed-double eliminator which has at least one seed-double projection included on the metering member, the at least one seed-double projection extending away from the seed-carrying surface toward the seed path and being configured differently than the paddle, as shown in Figure 60.



**FIGURE 60: Ag Leader Promotional Video
"Ag Leader SureSpeed Unveiling" at 1:04/3:57**

214.    The Accused Infringing Products include a seed-double eliminator which has an aperture located, at least in part, between the paddle and the at least one seed-double projection along the seed path.

215.    The True Speed device includes a seed-double eliminator which has an aperture located, at least in part, between the paddle and the at least one seed-double projection along the seed path, as shown in Figure 61.



**FIGURE 61: Kinze Promotional Brochure**
**"High Speed Planting Solution True Speed"**

216.    The SureSpeed device includes a seed-double eliminator which has an aperture located, at least in part, between the paddle and the at least one seed-double projection along the seed path, as shown in Figure 62.



**FIGURE 62: Ag Leader Promotional Video**
**"Ag Leader SureSpeed Unveiling" at 1:04/3:57**

217.     The Accused Infringing Products include a seed-double eliminator which has at least one seed-double projection which prevents, at least in part, retention on the metering member of at least one seed of a seed double pair.

218.     The True Speed device includes a seed-double eliminator which has at least one seed-double projection which prevents, at least in part, retention on the metering member of at least one seed of a seed double pair, as shown in Figure 63.



**FIGURE 63: Kinze Promotional Video**
**"True Speed – 3D with Ultra Slow Motion" at 0:30/2:03**

219.     The SureSpeed device includes a seed-double eliminator which has at least one seed-double projection which prevents, at least in part, retention on the metering member of at least one seed of a seed double pair, as shown in Figure 64.



**FIGURE 64: Ag Leader Promotional Video
"Ag Leader SureSpeed" at 0:30/1:33**

220. Kinze infringes and has infringed literally or under the doctrine of equivalents at least claim 1 of the '498 patent by making, using, selling, and/or offering for sale the True Speed device in or into the United States, without authority. Thus, Kinze is liable for its infringement of the '498 patent in violation of 35 U.S.C. § 271(a).

221. Ag Leader infringes and has infringed literally or under the doctrine of equivalents at least claim 1 of the '498 patent by making, using, selling, and/or offering for sale the SureSpeed device in or into the United States, without authority. Thus, Ag Leader is liable for its infringement of the '498 patent in violation of 35 U.S.C. § 271(a).

222. Defendants' actions have caused harm to Deere, which will not be fully compensable by monetary damages.

223.     Defendants' infringement has occurred with knowledge of the '498 patent and has been willful and deliberate.

224.     Defendants' past infringement has caused damage to Deere and their future sales will result in additional such damage.

## COUNT VII – INFRINGEMENT OF THE '031 PATENT

225.     Plaintiffs repeat and reallege as if fully set forth herein the facts and allegations of all of the preceding paragraphs.

226.     The '031 patent, entitled "Seeding Machine with Seed Delivery System" and naming Elijah B. Garner, Daniel B. Thiemke, David J. Rylander, Nathan A. Mariman, and Michael E. Friestad as its inventors, was duly and legally issued on January 9, 2018. Since that date, Deere has been and is still the owner and possessor of all right, title, and interest in and pertaining to the '031 patent.

227.     The '031 patent is valid, enforceable, and currently in full force and effect.

228.     Exemplary independent claim 1 of the '031 patent recites the following:

1.  A seeding machine for a row unit having a seed meter with a plurality of apertures through which an air pressure differential is applied to retain seed thereon, the seed meter movable to convey seed from a seed reservoir, the seeding machine comprising:

a seed delivery apparatus comprising

an elongated housing having a first opening through which seed is received, a second opening through which seed exits, and an elongated interior chamber along which seed is conveyed from the first opening to the second opening,

a first pulley,

a second pulley,

an endless member driven by the first pulley and/or the second pulley, the endless member movable within the elongated interior chamber of the elongated housing to receive seed from the first opening and convey seed to the second opening; and

a loading surface movable with respect to the endless member and positioned to contact and initially guide seed from the seed meter into the seed delivery apparatus.

229.    On information and belief, the Accused Infringing Products infringe at least claim 1 of the '031 patent.

230.    The Accused Infringing Products include a seed delivery apparatus including an elongated housing having a first opening through which seed is received, a second opening through which seed exits, and an elongated interior chamber along which seed is conveyed from the first opening to the second opening.

231.    The True Speed device includes a seed delivery apparatus including an elongated housing having a first opening through which seed is received, a second opening through which seed exits, and an elongated interior chamber along which seed is conveyed from the first opening to the second opening, as shown in Figure 65.



**FIGURE 65: Kinze Promotional Video**
**"An In-Depth Look into Kinze's True Speed" at 9:05/14:18**

232.    The SureSpeed device includes a seed delivery apparatus including an elongated housing having a first opening through which seed is received, a second opening through which seed exits, and an elongated interior chamber along which seed is conveyed from the first opening to the second opening, as shown in Figure 66.



**FIGURE 66: Ag Leader Promotional Video**
**"Ag Leader SureSpeed Unveiling" at 2:22/3:57**

233.    The Accused Infringing Products include a first pulley, a second pulley, and an endless member driven by the first pulley and/or the second pulley, the endless member movable within the elongated interior chamber of the elongated housing to receive seed from the first opening and convey seed to the second opening.

234.    The True Speed device includes a first pulley, a second pulley, and an endless member driven by the first pulley and/or the second pulley, the endless member movable within the elongated interior chamber of the elongated housing to receive seed from the first opening and convey seed to the second opening, as shown in Figure 67.



**FIGURE 67: Kinze Promotional Video**
**"AN IN-DEPTH LOOK INTO KINZE'S TRUE SPEED" AT 9:05/14:18**

235.    The SureSpeed device includes a first pulley, a second pulley, and an endless member driven by the first pulley and/or the second pulley, the endless member movable within the elongated interior chamber of the elongated housing to receive seed from the first opening and convey seed to the second opening, as shown in Figure 68.



**FIGURE 68: Ag Leader Promotional Video
"AG LEADER SURESPEED UNVEILING" AT 2:22/3:57**

236.    The Accused Infringing Products have a loading surface movable with respect to the endless member and positioned to contact and initially guide seed from the seed meter into the seed delivery apparatus.

237.    The True Speed device has a loading surface movable with respect to the endless member and positioned to contact and initially guide seed from the seed meter into the seed delivery apparatus, as shown in Figure 69.



**FIGURE 69: Kinze Promotional Video**
**"True Speed – 3D with Ultra Slow Motion" at 1:14/2:03**

238.    The SureSpeed device has a loading surface movable with respect to the endless member and positioned to contact and initially guide seed from the seed meter into the seed delivery apparatus, as shown in Figure 70.



**FIGURE 70: Ag Leader Promotional Video**
**"Ag Leader SureSpeed" at 1:03/1:33**

239.     Kinze infringes and has infringed literally or under the doctrine of equivalents at least claim 1 of the '031 patent by making, using, selling, and/or offering for sale the True Speed device in or into the United States, without authority. Thus, Kinze is liable for its infringement of the '031 patent in violation of 35 U.S.C. § 271(a).

240.     Ag Leader infringes and has infringed literally or under the doctrine of equivalents at least claim 1 of the '031 patent by making, using, selling, and/or offering for sale the SureSpeed device in or into the United States, without authority. Thus, Ag Leader is liable for its infringement of the '031 patent in violation of 35 U.S.C. § 271(a).

241.     Defendants' actions have caused harm to Deere, which will not be fully compensable by monetary damages.

242.     Defendants' infringement has occurred with knowledge of the '031 patent and has been willful and deliberate.

243.     Defendants' past infringement has caused damage to Deere and their future sales will result in additional such damage.

## COUNT VIII – INFRINGEMENT OF THE '924 PATENT

244.     Plaintiffs repeat and reallege as if fully set forth herein the facts and allegations of all of the preceding paragraphs.

245.     The '924 patent, entitled "Seeding Machine with Seed Delivery System" and naming Elijah B. Garner, Daniel B. Thiemke, David J. Rylander, Nathan A. Mariman, and Michael E. Friestad as its inventors, was duly and legally issued on November 7, 2017. Since that date, Deere has been and is still the owner and possessor of all right, title, and interest in and pertaining to the '924 patent.

246.     The '924 patent is valid, enforceable, and currently in full force and effect.

247.    Exemplary independent claim 8 of the '924 patent recites the following:

8.   A seed delivery apparatus comprising:

an elongated housing having a first opening through which seed is received into the
    seed delivery apparatus, a second opening through which seed exits the seed
    delivery apparatus, and an elongated interior chamber along which seed is
    conveyed from the first opening to the second opening; and

an endless member positioned within the elongated housing, the endless member
    shaped and positioned to receive seed from the first opening, the endless
    member also movable to push the seed along the elongated interior chamber of
    the elongated housing toward the second opening.

248.    On information and belief, the Accused Infringing Products infringe at least claim

8 of the '924 patent.

249.    The Accused Infringing Products include a seed delivery apparatus including an

elongated housing having a first opening through which seed is received into the seed delivery

apparatus, a second opening through which seed exits the seed delivery apparatus, and an

elongated interior chamber along which seed is conveyed from the first opening to the second

opening.

250.    The True Speed device includes a seed delivery apparatus including an elongated

housing having a first opening through which seed is received into the seed delivery apparatus, a

second opening through which seed exits the seed delivery apparatus, and an elongated interior

chamber along which seed is conveyed from the first opening to the second opening, as shown in

Figure 71.



**FIGURE 71: Kinze Promotional Video**
**"An In-Depth Look into Kinze's True Speed" at 9:05/14:18**

251.    The SureSpeed device includes a seed delivery apparatus including an elongated housing having a first opening through which seed is received into the seed delivery apparatus, a second opening through which seed exits the seed delivery apparatus, and an elongated interior chamber along which seed is conveyed from the first opening to the second opening, as shown in Figure 72.



**FIGURE 72: Ag Leader Promotional Video**
**"Ag Leader SureSpeed Unveiling" at 2:22/3:57**

252.    The Accused Infringing Products have an endless member positioned within the elongated housing, the endless member shaped and positioned to receive seed from the first opening, the endless member also movable to push the seed along the elongated interior chamber of the elongated housing toward the second opening.

253.    The True Speed device has an endless member positioned within the elongated housing, the endless member shaped and positioned to receive seed from the first opening, the endless member also movable to push the seed along the elongated interior chamber of the elongated housing toward the second opening, as shown in Figure 73.



**FIGURE 73: Kinze Promotional Video**
**"An In-Depth Look into Kinze's True Speed" at 10:32/14:18**

254. The SureSpeed device has an endless member positioned within the elongated housing, the endless member shaped and positioned to receive seed from the first opening, the endless member also movable to push the seed along the elongated interior chamber of the elongated housing toward the second opening, as shown in Figure 74.



**FIGURE 74: Ag Leader Promotional Video**
**"Ag Leader SureSpeed" at 1:29/1:33**

255.    Kinze infringes and has infringed literally or under the doctrine of equivalents at least claim 8 of the '924 patent by making, using, selling, and/or offering for sale the True Speed device in or into the United States, without authority. Thus, Kinze is liable for its infringement of the '924 patent in violation of 35 U.S.C. § 271(a).

256.    Ag Leader infringes and has infringed literally or under the doctrine of equivalents at least claim 8 of the '924 patent by making, using, selling, and/or offering for sale the SureSpeed device in or into the United States, without authority. Thus, Ag Leader is liable for its infringement of the '924 patent in violation of 35 U.S.C. § 271(a).

257.    Defendants' actions have caused harm to Deere, which will not be fully compensable by monetary damages.

258. Defendants' infringement has occurred with knowledge of the '924 patent and has been willful and deliberate.

259. Defendants' past infringement has caused damage to Deere and their future sales will result in additional such damage.

## COUNT IX – INFRINGEMENT OF THE '955 PATENT

260. Plaintiffs repeat and reallege as if fully set forth herein the facts and allegations of all of the preceding paragraphs.

261. The '955 patent, entitled "Seeding Machine with Seed Delivery System" and naming Elijah B. Garner, Daniel B. Thiemke, David J. Rylander, Nathan A. Mariman, and Michael E. Friestad as its inventors, was duly and legally issued on July 11, 2017. Since that date, Deere has been and is still the owner and possessor of all right, title and interest in and pertaining to the '955 patent.

262. The '955 patent is valid, enforceable, and currently in full force and effect.

263. Exemplary independent claim 8 of the '955 patent recites the following:

8. A seeding machine for a row unit, the seeding machine comprising:

a seed delivery apparatus including

> an elongated housing having a first opening through which seed is received into the seed delivery apparatus, a second opening through which seed exits the seed delivery apparatus, and an elongated interior chamber along which seed is conveyed from the first opening to the second opening, and

> an endless member positioned within the elongated housing, the endless member movable within the elongated interior chamber of the elongated housing to receive seed from the first opening and convey seed to the second opening; and

a seed meter having a plurality of apertures through which an air pressure differential is applied to retain seed thereon, the seed meter carrying seed to a location at which a moving surface removes seed from the seed meter.

264. On information and belief, the Accused Infringing Products infringe at least claim 8 of the '955 patent.

265. The Accused Infringing Products include a seed delivery apparatus with an elongated housing having a first opening through which seed is received into the seed delivery apparatus, a second opening through which seed exits the seed delivery apparatus, and an elongated interior chamber along which seed is conveyed from the first opening to the second opening.

266. The True Speed device includes a seed delivery apparatus with an elongated housing having a first opening through which seed is received into the seed delivery apparatus, a second opening through which seed exits the seed delivery apparatus, and an elongated interior chamber along which seed is conveyed from the first opening to the second opening, as shown in Figure 75.



**Figure 75: Kinze Promotional Video**
**"An In-Depth Look into Kinze's True Seed" at 9:05/14:18**

267.    The SureSpeed device includes a seed delivery apparatus with an elongated

housing having a first opening through which seed is received into the seed delivery apparatus, a

second opening through which seed exits the seed delivery apparatus, and an elongated interior

chamber along which seed is conveyed from the first opening to the second opening, as shown in

Figure 76.



**Figure 76: Ag Leader Promotional Video**
**"Ag Leader SureSpeed Unveiling" at 2:22/3:57**

268.    The Accused Infringing Products have an endless member positioned within the

elongated housing, the endless member movable within the elongated interior chamber of the

elongated housing to receive seed from the first opening and convey seed to the second opening.

269.    The True Speed device has an endless member positioned within the elongated

housing, the endless member movable within the elongated interior chamber of the elongated

housing to receive seed from the first opening and convey seed to the second opening., as shown

in Figure 77.



**Figure 77: Kinze Promotional Video**
**"An In-Depth Look into Kinze's True Speed" at 9:05/14:18**

270.     The SureSpeed device has an endless member positioned within the elongated

housing, the endless member movable within the elongated interior chamber of the elongated

housing to receive seed from the first opening and convey seed to the second opening, as shown

in Figure 78.



**Figure 78: Ag Leader Promotional Video**
**"Ag Leader SureSpeed Unveiling" at 2:22/3:57**

271.    The Accused Infringing Products have a seed meter having a plurality of apertures through which an air pressure differential is applied to retain seed thereon, the seed meter carrying seed to a location at which a moving surface removes the seed from the seed meter.

272.    The True Speed device has a seed meter having a plurality of apertures, as shown in Figure 79.



**Figure 79: Kinze Promotional Brochure**
**"High Speed Planting Solution True Speed"**

273.    The True Speed device has a seed meter having a plurality of apertures through

which an air pressure differential is applied to retain seed thereon, as shown in Figure 80.



**Figure 80: Kinze Promotional Video**
**"True Speed – 3D with Ultra Slow Motion" at 0:21/2:03**

274.    The True Speed device has a seed meter which carries seed to a location at which a moving surface removes the seed from the seed meter, as shown in Figure 81.



**Figure 81: Kinze Promotional Video**
**"True Speed – 3D with Ultra Slow Motion" at 1:14/2:03**

275.    The SureSpeed device has a seed meter having a plurality of apertures, as shown in Figure 82.



**Figure 82: Ag Leader Promotional Video**
**"Ag Leader SureSpeed Unveiling" at 0:57/3:57**

276.    The SureSpeed device has a seed meter having a plurality of apertures through which an air pressure differential is applied to retain seed thereon, as shown in Figure 83.



**Figure 83: Ag Leader Promotional Video**
**"Ag Leader SureSpeed" at 0:21/1:33**

277.    The SureSpeed device has a seed meter which carries seed to a location at which a

moving surface removes the seed from the seed meter, as shown in Figure 84.



**Figure 84: Ag Leader Promotional Video**
**"Ag Leader SureSpeed" at 1:03/1:33**

278.    Kinze infringes and has infringed literally or under the doctrine of equivalents at least claim 8 of the '955 patent by making, using, selling, and/or offering for sale the True Speed device in or into the United States, without authority. Thus, Kinze is liable for its infringement of the '955 patent in violation of 35 U.S.C. § 271(a).

279.    Ag Leader infringes and has infringed literally or under the doctrine of equivalents at least claim 8 of the '955 patent by making, using, selling, and/or offering for sale the SureSpeed device in or into the United States, without authority. Thus, Ag Leader is liable for its infringement of the '955 patent in violation of 35 U.S.C. § 271(a).

280.    Defendants' actions have caused harm to Deere, which will not be fully compensable by monetary damages.

281.    Defendants' infringement has occurred with knowledge of the '955 patent and has been willful and deliberate.

282.    Defendants' past infringement has caused damage to Deere and their future sales will result in additional such damage.

## COUNT X – INFRINGEMENT OF THE '173 PATENT

283.    Plaintiffs repeat and reallege as if fully set forth herein the facts and allegations of all of the preceding paragraphs.

284.    The '173 patent, entitled "Seeding Machine with Seed Delivery System" and naming Elijah B. Garner, Daniel B. Thiemke, David J. Rylander, Nathan A. Mariman, and Michael E. Friestad as its inventors, was duly and legally issued on June 26, 2018.  Since that date, Deere has been and is still the owner and possessor of all right, title and interest in and pertaining to the '173 patent.

285.    The '173 patent is valid, enforceable, and currently in full force and effect.

286.    Exemplary independent claim 1 of the '173 patent recites the following:

1.   A seed machine, comprising:

a seed metering system;

a seed transfer device positioned adjacent to the seed metering system;

a seed delivery system comprising a housing having a first opening and a second opening, the first opening located proximal to the seed transfer device through which seed is transferred from the seed metering system into the seed delivery system, and the second opening located distal of the seed transfer device through which seed is discharged from the seed delivery system; and

an endless member of the seed delivery system movable within the housing to receive the seed at the first opening and transport the seed to the second opening;

wherein the seed transfer device transfers seed from the seed metering system to the seed delivery system though the first opening of the seed delivery system.

287.    On information and belief, the Accused Infringing Products infringe at least claim 1 of the '173 patent.

288.    The Accused Infringing Products are seeding machines.

289.    The Accused Infringing Products include a seed metering system and a seed transfer device positioned adjacent to the seed metering system.

290.    The True Speed device includes a seed metering system and a seed transfer device positioned adjacent to the seed metering system, as shown in Figure 85.



**Figure 85: Kinze Promotional Video**
**"True Speed - 3D with Ultra Slow Motion" at 1:14/2:03**

291.    The SureSpeed device includes a seed metering system and a seed transfer device positioned adjacent to the seed metering system, as shown in Figure 86.



**Figure 86: Ag Leader Promotional Video
"Ag Leader SureSpeed" at 1:03/1:33**

292.    The Accused Infringing Products include a seed delivery system with a housing having a first opening and a second opening, the first opening located proximal to the seed transfer device through which seed is transferred from the seed metering system into the seed delivery system.

293.    The True Speed device includes a seed delivery system with a housing having a first opening and a second opening, the first opening located proximal to the seed transfer device through which seed is transferred from the seed metering system into the seed delivery system, as shown in Figure 87.



**Figure 87: Kinze Promotional Video**
**"True Speed - 3D with Ultra Slow Motion" at 1:14/2:03**

294.    The SureSpeed device includes a seed delivery system with a housing having a first opening and a second opening, the first opening located proximal to the seed transfer device through which seed is transferred from the seed metering system into the seed delivery system, as shown in Figure 88.



**Figure 88: Ag Leader Promotional Video**
**"Ag Leader SureSpeed" at 1:03/1:33**

295.    The Accused Infringing Products include a seed delivery system with a housing having a second opening located distal of the seed transfer device through which the seed is discharged from the seed delivery system.

296.    The True Speed device includes a seed delivery system with a housing having a second opening located distal of the seed transfer device through which the seed is discharged from the seed delivery system, as shown in Figure 89.



**Figure 89: Kinze Promotional Video**
**"True Speed – 3D with Ultra Slow Motion" at 1:51/2:03**

297.    The SureSpeed Device includes a seed delivery system with a housing having a second opening located distal of the seed transfer device through which the seed is discharged from the seed delivery system, as shown in Figure 90.



**Figure 90: Ag Leader's Promotional Video
"Ag Leader SureSpeed" at 1:30/1:33**

298.    The Accused Infringing Products include an endless member of the seed delivery system movable within the housing to receive the seed at the first opening and transport the seed to the second opening.

299.    The True Speed device includes an endless member of the seed delivery system movable within the housing to receive the seed at the first opening, as shown in Figure 91.



**Figure 91: Kinze Promotional Video**
**"An In-Depth Look into Kinze's True Speed" at 9:54/14:18**

300.    The SureSpeed device includes an endless member of the seed delivery system

movable within the housing to receive the seed at the first opening, as shown in Figure 92.



**Figure 92: Ag Leader's Promotional Video**
**"Ag Leader SureSpeed Unveiling" at 2:22/3:57**

301.   The Accused Infringing Products include an endless member of the seed delivery system movable within the housing to transport the seed to the second opening.

302.   The True Speed device includes an endless member of the seed delivery system movable within the housing to transport the seed to the second opening, as shown in Figure 93.



**Figure 93: Kinze Promotional Video**
**"True Speed - 3D with Ultra Slow Motion" at 1:51/2:03**

303.   The SureSpeed device includes an endless member of the seed delivery system movable within the housing to transport the seed to the second opening, as shown in Figure 94.



**Figure 94: Ag Leader's Promotional Video**
**"Ag Leader SureSpeed Unveiling" at 2:22/3:57**

304.     The Accused Infringing Products include a seed transfer device of the seeding machine which transfers seed from the seed metering system to the seed delivery system through the first opening of the seed delivery system.

305.     The True Speed device includes a seed transfer device of the seeding machine which transfers seed from the seed metering system to the seed delivery system through the first opening of the seed delivery system, as shown in Figure 95.



**Figure 95: Kinze Promotional Video**
**"True Speed - 3D with Ultra Slow Motion" at 1:14/2:03**

306.    The SureSpeed device includes include a seed transfer device of the seeding

machine which transfers seed from the seed metering system to the seed delivery system through

the first opening of the seed delivery system, as shown in Figure 96.



**Figure 96: Ag Leader Promotional Video**
**"Ag Leader SureSpeed" at 1:03/1:33**

307.    Kinze infringes and has infringed literally or under the doctrine of equivalents at least claim 1 of the '173 patent by making, using, selling, and/or offering for sale the True Speed device in or into the United States, without authority. Thus, Kinze is liable for its infringement of the '173 patent in violation of 35 U.S.C. § 271(a).

308.    Ag Leader infringes and has infringed literally or under the doctrine of equivalents at least claim 1 of the '173 patent by making, using, selling, and/or offering for sale the SureSpeed device in or into the United States, without authority. Thus, Ag Leader is liable for its infringement of the '173 patent in violation of 35 U.S.C. § 271(a).

309.    Defendants' actions have caused harm to Deere, which will not be fully compensable by monetary damages.

310.    Defendants' infringement has occurred with knowledge of the '173 patent and has been willful and deliberate.

311.    Defendants' past infringement has caused damage to Deere and their future sales will result in additional such damage.

## PRAYER FOR RELIEF

On motion or after a trial by jury, Deere requests that the Court grant the following relief:

A.    A judgment that Defendants infringe the '663 patent, the '199 patent, the '906 patent, the '998 patent, the '063 patent, the '498 patent, the '031 patent, the '924 patent, the '955 patent, and the '173 patent;

B.    A preliminary and permanent injunction to enjoin Defendants and those in active concert or participation with them from further infringing the '663 patent, the '199 patent, the '906 patent, the '998 patent, the '063 patent, the '498 patent, the '031 patent, the '924 patent, the

'955 patent, and the '173 patent pursuant to 35 U.S.C. § 283, including but not limited to the infringing manufacture, sale, or offer for sale of the Infringing Accused Products;

      C.     A judgment that Defendants' infringement has been willful;

      D.     An award to Deere of monetary damages in an amount sufficient to compensate Deere for the harm caused by Defendants' infringement, not less than a reasonable royalty for the use made of the inventions, along with pre- and post-judgment interest pursuant to 35 U.S.C. § 284;

      E.     An award to Deere of enhanced damages for Defendants' willful infringement pursuant to 35 U.S.C. § 284;

      F.     An award to Deere of supplemental monetary damages for any infringing acts after judgment and before entry of a permanent injunction;

      G.     A declaration that this case is exceptional and an award to Deere of its costs, expenses, and attorneys' fees pursuant to 35 U.S. § 285; and

      H.     An award to Deere of such other and further relief as the Court finds just and proper.

## **JURY TRIAL DEMAND**

Deere respectfully demands a jury trial on all claims and issues so triable.

Dated:  March 1, 2021                    Respectfully submitted,

                                         */s/ Allison E. Kerndt*
                                         Allison E. Kerndt
                                         Richard J. Sapp
                                         Jeffrey D. Harty
                                         Leslie C. Behaunek
                                         Matthew A. McGuire
                                         NYEMASTER GOODE, P.C.
                                         700 Walnut Street, Suite 1600
                                         Des Moines, IA 50309-3899
                                         Telephone: (515) 283-3100
                                         Facsimile: (515) 283-3108
                                         Email: akerndt@nyemaster.com
                                         Email: rjs@nyemaster.com
                                         Email: jharty@nyemaster.com
                                         Email: lcbehaunek@nyemaster.com
                                         Email: mmcguire@nyemaster.com

                                         **ATTORNEYS FOR PLAINTIFFS,
                                         DEERE & COMPANY AND JOHN DEERE
                                         SHARED SERVICES, INC.**